# United States Bankruptcy Court
## Southern District of Florida

In re  **Sergio O Naveros**                                        Case No.
                          Debtor(s)                                 Chapter  **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of all payment advices **are not** attached because the debtor:
    ☐   receives disability payments
    ☐   is unemployed and does not receive unemployment compensation
    ☐   receives Social Security payments
    ☐   receives a pension
    ☐   does not work outside the home
    ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

**Joint Debtor (if applicable):**

☐   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of payment advices **are not** attached because the joint debtor:
    ☐   receives disability payments
    ☐   is unemployed and does not receive unemployment compensation
    ☐   receives Social Security payments
    ☐   receives a pension
    ☐   does not work outside the home
    ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| | |
|---|---|
| **/s/ Sergio O Naveros** <br> **Sergio O Naveros** <br> Signature of Attorney or Debtor | Date: **August 27, 2020** |

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3          DD

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL  33016

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Sergio O Naveros | | | | Salary | | | 1300.00 | | 29900.00 |
| 2460 West 60th Place | | | | Total Hours | | | | | |
| Unit 107-13 | | | | Gross Earnings | | | 1300.00 | | 29900.00 |
| Hialeah, FL  33016 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 3 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 80.60 | | 1853.80 |
| Pay Period: 05/30/20 to 06/05/20 | | | | Medicare | | | 18.85 | | 433.55 |
| Check Date: 06/05/20   Check #: 10279 | | | | Fed Income Tax | M 2 | | 101.10 | | 2325.30 |
| NET PAY ALLOCATIONS | | | | TOTAL | | | 200.55 | | 4612.65 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6134 | 1099.45 | 25287.35 | | | | | | | |
| NET PAY | 1099.45 | 25287.35 | | | | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1099.45 | 25287.35 |

Payrolls by Paychex, Inc.

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL  33139 • (305) 755-3949

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3        DD

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL 33016

*Payrolls by Paychex, Inc.*

| **PERSONAL AND CHECK INFORMATION** | | |
|---|---|---|
| Sergio O Naveros | | |
| 2460 West 60th Place | | |
| Unit 107-13 | | |
| Hialeah, FL 33016 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 3 | | |
| | | |
| Pay Period: 06/06/20 to 06/12/20 | | |
| Check Date: 06/12/20   Check #: 10281 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6134 | 1099.45 | 26386.80 |
| **NET PAY** | **1099.45** | **26386.80** |

| **EARNINGS** | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1300.00 | | 31200.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1300.00 | | 31200.00 |
| | Total Hrs Worked | | | | | |
| **WITHHOLDINGS** | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Social Security | | | 80.60 | | 1934.40 |
| | Medicare | | | 18.85 | | 452.40 |
| | Fed Income Tax | M 2 | | 101.10 | | 2426.40 |
| | **TOTAL** | | | **200.55** | | **4813.20** |

| **NET PAY** | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1099.45 | 26386.80 |

*Payrolls by Paychex, Inc.*

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL  33139 • (305) 755-3949

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3          DD

*Payrolls by Paychex, Inc.*

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL  33016

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sergio O Naveros | | |
| 2460 West 60th Place | | |
| Unit 107-13 | | |
| Hialeah, FL  33016 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 3 | | |
| Pay Period: 06/13/20 to 06/19/20 | | |
| Check Date: 06/19/20    Check #: 10283 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6134 | 1099.45 | 27486.25 |
| **NET PAY** | **1099.45** | **27486.25** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1300.00 | | 32500.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1300.00 | | 32500.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 80.60 | 2015.00 |
| | Medicare | | 18.85 | 471.25 |
| | Fed Income Tax | M 2 | 101.10 | 2527.50 |
| | **TOTAL** | | 200.55 | 5013.75 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1099.45** | **27486.25** |

*Payrolls by Paychex, Inc.*

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL  33139 • (305) 755-3949

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3        DD

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL 33016

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sergio O Naveros | | |
| 2460 West 60th Place | | |
| Unit 107-13 | | |
| Hialeah, FL 33016 | | |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 3 | | |
| | | |
| Pay Period: 06/20/20 to 06/26/20 | | |
| Check Date: 06/26/20   Check #: 10285 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6134 | 1099.45 | 28585.70 |
| **NET PAY** | **1099.45** | **28585.70** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1300.00 | | 33800.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1300.00 | | 33800.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 80.60 | 2095.60 |
| | Medicare | | 18.85 | 490.10 |
| | Fed Income Tax | M 2 | 101.10 | 2628.60 |
| | **TOTAL** | | **200.55** | **5214.30** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1099.45 | 28585.70 |

*Payrolls by Paychex, Inc.*

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL 33139 • (305) 755-3949

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3    DD

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL 33016

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sergio O Naveros | | |
| 2460 West 60th Place | | |
| Unit 107-13 | | |
| Hialeah, FL 33016 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 3 | | |
| | | |
| Pay Period: 06/27/20 to 07/03/20 | | |
| Check Date: 07/03/20    Check #: 10287 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6134 | 1099.45 | 29685.15 |
| **NET PAY** | **1099.45** | **29685.15** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1300.00 | | 35100.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1300.00 | | 35100.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 80.60 | 2176.20 |
| | Medicare | | 18.85 | 508.95 |
| | Fed Income Tax | M 2 | 101.10 | 2729.70 |
| | **TOTAL** | | **200.55** | **5414.85** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1099.45 | 29685.15 |

*Payrolls by Paychex, Inc.*

**0040 1708-2119** 1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL 33139 • (305) 755-3949

1000 LINCOLN ROAD LLC  
1000 Lincoln Rd Suite 210  
Miami Beach FL 33139

1708-2119  
EE ID: 3          DD

SERGIO O NAVEROS  
2460 WEST 60TH PLACE  
UNIT 107-13  
HIALEAH FL 33016

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Sergio O Naveros | | | | Salary | | | 1300.00 | | 36400.00 |
| 2460 West 60th Place | | | | Total Hours | | | | | |
| Unit 107-13 | | | | Gross Earnings | | | 1300.00 | | 36400.00 |
| Hialeah, FL 33016 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 3 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 80.60 | | 2256.80 |
| | | | | Medicare | | | 18.85 | | 527.80 |
| Pay Period: 07/04/20 to 07/10/20 | | | | Fed Income Tax | M 2 | | 101.10 | | 2830.80 |
| Check Date: 07/10/20   Check #: 10289 | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | TOTAL | | | 200.55 | | 5615.40 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6134 | 1099.45 | 30784.60 | | | | | | | |
| **NET PAY** | **1099.45** | **30784.60** | | | | | | | |

| | NET PAY | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | | | | 1099.45 | 30784.60 |

Payrolls by Paychex, Inc.

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL 33139 • (305) 755-3949

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3          DD

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL 33016

*Payrolls by Paychex, Inc.*

| **PERSONAL AND CHECK INFORMATION** | | |
|---|---|---|
| Sergio O Naveros | | |
| 2460 West 60th Place | | |
| Unit 107-13 | | |
| Hialeah, FL 33016 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 3 | | |
| | | |
| **Pay Period:** 07/11/20 to 07/17/20 | | |
| **Check Date:** 07/17/20   Check #: 10291 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6134 | 1099.45 | 31884.05 |
| **NET PAY** | **1099.45** | **31884.05** |

| **EARNINGS** | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1300.00 | | 37700.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1300.00 | | 37700.00 |
| | **Total Hrs Worked** | | | | | |
| **WITHHOLDINGS** | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Social Security | | | 80.60 | | 2337.40 |
| | Medicare | | | 18.85 | | 546.65 |
| | Fed Income Tax | M 2 | | 101.10 | | 2931.90 |
| | **TOTAL** | | | **200.55** | | **5815.95** |

| | **NET PAY** | | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|---|
| | | | **1099.45** | **31884.05** |

*Payrolls by Paychex, Inc.*

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL  33139 • (305) 755-3949

1000 LINCOLN ROAD LLC
1000 Lincoln Rd Suite 210
Miami Beach FL 33139

1708-2119
EE ID: 3          DD

SERGIO O NAVEROS
2460 WEST 60TH PLACE
UNIT 107-13
HIALEAH FL 33016

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Sergio O Naveros | | | | Salary | | | 1300.00 | | 39000.00 |
| 2460 West 60th Place | | | | Total Hours | | | | | |
| Unit 107-13 | | | | Gross Earnings | | | 1300.00 | | 39000.00 |
| Hialeah, FL 33016 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 3 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 80.60 | | 2418.00 |
| | | | | Medicare | | | 18.85 | | 565.50 |
| Pay Period: 07/18/20 to 07/24/20 | | | | Fed Income Tax | M 2 | | 101.10 | | 3033.00 |
| Check Date: 07/24/20  Check #: 10293 | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | TOTAL | | | 200.55 | | 6016.50 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6134 | 1099.45 | 32983.50 | | | | | | | |
| NET PAY | 1099.45 | 32983.50 | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1099.45 | 32983.50 |

Payrolls by Paychex, Inc.

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL 33139 • (305) 755-3949

1000 LINCOLN ROAD LLC  
1000 Lincoln Rd Suite 210  
Miami Beach FL 33139

1708-2119  
EE ID: 3            DD

SERGIO O NAVEROS  
2460 WEST 60TH PLACE  
UNIT 107-13  
HIALEAH FL 33016

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Sergio O Naveros | | | | Salary | | | 1300.00 | | 40300.00 |
| 2460 West 60th Place | | | | Total Hours | | | | | |
| Unit 107-13 | | | | Gross Earnings | | | 1300.00 | | 40300.00 |
| Hialeah, FL 33016 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 3 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 80.60 | | 2498.60 |
| | | | | Medicare | | | 18.85 | | 584.35 |
| Pay Period: 07/25/20 to 07/31/20 | | | | Fed Income Tax | M 2 | | 101.10 | | 3134.10 |
| Check Date: 07/31/20    Check #: 10295 | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | TOTAL | | | 200.55 | | 6217.05 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6134 | 1099.45 | 34082.95 | | | | | | | |
| NET PAY | 1099.45 | 34082.95 | | | | | | | |

| | NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | 1099.45 | 34082.95 |

Payrolls by Paychex, Inc.

0040 1708-2119  1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL  33139 • (305) 755-3949

1000 LINCOLN ROAD LLC  
1000 Lincoln Rd Suite 210  
Miami Beach FL 33139

1708-2119  
EE ID: 3        DD

SERGIO O NAVEROS  
2460 WEST 60TH PLACE  
UNIT 107-13  
HIALEAH FL  33016

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Sergio O Naveros | | | | Salary | | | 1300.00 | | 41600.00 |
| 2460 West 60th Place | | | | Total Hours | | | | | |
| Unit 107-13 | | | | Gross Earnings | | | 1300.00 | | 41600.00 |
| Hialeah, FL  33016 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID:  3 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 80.60 | | 2579.20 |
| | | | | Medicare | | | 18.85 | | 603.20 |
| Pay Period: 08/01/20 to 08/07/20 | | | | Fed Income Tax | M 2 | | 101.10 | | 3235.20 |
| Check Date:  08/07/20    Check #:  10297 | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | TOTAL | | | 200.55 | | 6417.60 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6134 | 1099.45 | 35182.40 |
| **NET PAY** | **1099.45** | **35182.40** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1099.45 | 35182.40 |

*Payrolls by Paychex, Inc.*

0040 1708-2119   1000 Lincoln Road LLC • 1000 Lincoln Rd Suite 210 • Miami Beach FL  33139 • (305) 755-3949